1 | Peter Csato (State Bar No. 089272)
2 | Hal D. Goldflam (State Bar No. 179689)
  | FRANDZEL ROBINS BLOOM & CSATO, L.C.
3 | 6500 Wilshire Boulevard
  | Seventeenth Floor
4 | Los Angeles, California 90048-4920
  | Telephone: (323) 852-1000
5 | Facsimile: (323) 651-2577

6 | Attorneys for Defendants Comerica Bank – California

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11 | CLARENDON AMERICA INSURANCE COMPANY | CASE NO.: 3:07-cv-07-01966-SC

12 | | **STIPULATION TO EXTEND TIME FOR COMERICA BANK TO FILE A RESPONSIVE PLEADING**

13 | Plaintiff,

14 | v. | [Local Rule 6-1(a)]

15 | SORG CORPORATION; PARKER E. SORG; and COMERICA BANK – CALIFORNIA, | Complaint Filed: April 6, 2007

16 |

17 | Defendants.

18

This Stipulation is entered into by and between plaintiff Clarendon America Insurance Company ("Clarendon") and defendant Comerica Bank ("Comerica") through their respective attorneys of record and is based on the following facts:

1. Clarendon served its complaint upon Comerica on April 16, 2007;

2. Pursuant to Local Rule 6-1(a) parties may "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order;" and

3. The Case Management Conference is set for July 13, 2007.

Based on the foregoing, the parties hereto stipulate that the date for Comerica to file and serve its responsive pleading shall be extended to May 22, 2007.

DATED: May 8, 2007    FRANDZEL ROBINS BLOOM & CSATO, L.C.
                      PETER CSATO
                      HAL D. GOLDFLAM

                      By: /s/ Hal D. Goldflam
                          HAL D. GOLDFLAM
                          Attorneys for COMERICA BANK


DATED: May ___, 2007  BOORNAZIAN JENSEN & GARTHE
                      ALAN E. SWERDLOW
                      LUCAS J. OLONA

                      By: _____
                          LUCAS J. OLONA
                          Attorneys for CLARENDON AMERICA
                          INSURANCE COMPANY

497167.1                          2                          42500-192

STIPULATION TO EXTEND TIME FOR COMERICA BANK TO FILE A RESPONSIVE PLEADING

1   This Stipulation is entered into by and between plaintiff Clarendon America
2   Insurance Company ("Clarendon") and defendant Comerica Bank ("Comerica")
3   through their respective attorneys of record and is based on the following facts:
4   1.   Clarendon served its complaint upon Comerica on April 16, 2007;
5   2.   Pursuant to Local Rule 6-1(a) parties may "stipulate in writing, without
6   a Court order, to extend the time within which to answer or otherwise respond to the
7   complaint . . . provided the change will not alter the date of any event or any
8   deadline already fixed by Court order;" and
9   3.   The Case Management Conference is set for July 13, 2007.
10  Based on the foregoing, the parties hereto stipulate that the date for Comerica
11  to file and serve its responsive pleading shall be extended to May 22, 2007.

13  DATED: May 8, 2007          FRANDZEL ROBINS BLOOM & CSATO, L.C.
14                              PETER CSATO
15                              HAL D. GOLDFLAM

17                              By: /s/ Hal D. Goldflam
18                                  HAL D. GOLDFLAM
                                    Attorneys for COMERICA BANK

21  DATED: May 8, 2007          BOORNAZIAN JENSEN & GARTHE
22                              ALAN E. SWERDLOW
                                LUCAS J. OLONA

24                              By: /s/ Lucas J. Olona
25                                  LUCAS J. OLONA
                                    Attorneys for CLARENDON AMERICA
                                    INSURANCE COMPANY

[Seal: United States District Court, Northern District of California — Judge Samuel Conti]

497167.1                            2                                    42500-192
STIPULATION TO EXTEND TIME FOR COMERICA BANK TO FILE A RESPONSIVE PLEADING

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of FRANDZEL ROBINS BLOOM & CSATO, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920.

On May 9, 2007, I served true copy(ies) of the **STIPULATION TO EXTEND TIME FOR COMERICA BANK TO FILE A RESPONSIVE PLEADING**, the original(s) of which is(are) affixed hereto, to the party(ies) listed on the attached service list.

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such document(s) were placed in envelopes addressed to the person(s) served hereunder for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (323) 651-2577. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ **BY EXPRESS MAIL:** I deposited such document(s) in a box or other facility regularly maintained by the United States Postal Service, in an envelope or package designated by the United States Postal Service with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ **BY PERSONAL SERVICE:** I personally delivered such document(s) to the person(s) served hereunder.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 9, 2007, at Los Angeles, California.

*/s/ Madeline Oolie*
MADELINE OOLIE

497296.1                                      1                                      42500-192

# SERVICE LIST

Lucas J. Olona
BOORNAZIAN JENSEN & GARTHE
555 12th Street, Suite 1800
PO Box 12925
Oakland, CA 94604-2925