```
 1  ALAN E. SWERDLOW, ESQ. (#130341)
    LUCAS J. OLONA, ESQ. (#235831)
 2  BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation
 3  555 12th Street, Suite 1800
    P. O. Box 12925
 4  Oakland, CA  94604-2925
    Telephone: (510) 834-4350
 5  Facsimile: (510) 839-1897

 6  Attorneys for Plaintiff
    CLARENDON AMERICA INSURANCE
 7  COMPANY

 8

 9              UNITED STATES DISTRICT COURT FOR THE
              NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION
10

11
    CLARENDON AMERICA INSURANCE    )   Case No.:  C-07-01966 SC
12  COMPANY,                       )
                                   )   DISMISSAL OF COMPLAINT FOR
13           Plaintiff,            )   DECLARATORY RELIEF AND
                                   )   DAMAGES
14  vs.                            )
                                   )
15  SORG CORPORATION and PARKER    )
    SORG; COMERICA BANK            )
16                                 )
             Defendants.           )
17                                 )
                                   )
18  _____)
```

19       The parties to this action have reached a settlement agreement.  Therefore, the parties

20  respectfully request that the Court dismiss plaintiff Clarendon America Insurance Company's

21  complaint with prejudice, with each side to bear its own costs and fees.

22

23
    DATED: September 17, 2008
24
                                                BOORNAZIAN, JENSEN & GARTHE
25                                              A Professional Corporation

26
                                                By: /s/ AL Swerdlow
27

28
                                            -1-

DISMISSAL OF COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES

|   |   |   |
|---|---|---|
|   |   | ALAN E. SWERDLOW, ESQ.<br>LUCAS J. OLONA, ESQ.<br>Attorneys for Plaintiff<br>CLARENDON AMERICA<br>INSURANCE COMPANY |
| Dated: September 17, 2008 | By: | _/s/ Chris Tarkington_<br>Chris Tarkington<br>TARKINGTON, O'NEIL, BARRACK & CHONG<br>Attorneys for Defendant SORG CORPORATION AND PARKER E. SORG |
| Dated: September __, 2008 | By: | _____<br>Hal Goldflam<br>Attorneys for Defendant Comerica Bank |

**IT IS SO ORDERED**

Dated: September ___, 2008

_____
Hon. Samuel Conti,
UNITED STATES DISTRICT JUDGE

24852\442874

-2-

DISMISSAL OF COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES

|   |   |   |
|---|---|---|
| 1 |   | ALAN E. SWERDLOW, ESQ. |
| 2 |   | LUCAS J. OLONA, ESQ. |
|   |   | Attorneys for Plaintiff |
| 3 |   | CLARENDON AMERICA |
|   |   | INSURANCE COMPANY |

5  Dated: September___, 2008             By: _____
                                              Chris Tarkington
6                                             TARKINGTON, O'NEIL, BARRACK &
                                              CHONG
7                                             Attorneys for Defendant SORG
                                              CORPORATION AND PARKER E. SORG

9  Dated: September 12, 2008             By: _____
                                              Hal Goldflam
10                                            Attorneys for Defendant Comerica Bank

**IT IS SO ORDERED**

Dated: September 18, 2008

Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE

24852\442874

-2-

DISMISSAL OF COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES